```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 12-48795 MEH

**PAUL AMEY and**                         Chapter 13
**SHIRLEY DENDY AMEY,**
                                          **REQUEST FOR ENTRY OF ORDER BY
        Debtors.**                        **DEFAULT**

_____/

  Debtors Paul and Shirley Amey ("Debtors") hereby request the court enter an order valuing the lien of KeyBank National Association secured against Debtors' property located at 148 Skelly Court, Hercules, CA 94547 ("the property").

  1. This request is based on the petition, schedules, and documents on file herein, the Motion to Value Security of KeyBank National Association, Memorandum of Points and Authorities in Support of the Motion and Declaration of Debtor in Support of the Motion filed and served on November 30, 2012.

2. More than twenty-one (21) days have elapsed since such service, and no objection or request for a hearing has been filed and served.

Based on the foregoing, Debtors pray that:

1. The court will enter an Order Valuing Lien of KeyBank National Association by default.

Dated: December 27, 2012 /s/ Anne Y. Shiau
ANNE Y. SHIAU
Attorney for Debtors